UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

RASHAD D. BESSENT,

    Plaintiff,

v.                                            Case No: 8:22-cv-1865-KKM-CPT

JOSEPH R. BIDEN, JR., et al.,

    Defendants.
_____

## ORDER

Rashad Bessent has failed to file an amended complaint, despite the Court directing him to do so. Bessent originally filed his complaint in June 2022. *See* Compl. (Doc. 1.) After Bessent moved to proceed without paying the filing fee, the Court adopted the Magistrate Judge's Report and Recommendation denying his motion and dismissing his complaint as an impermissible shotgun pleading. *See* Report and Recommendation (Doc. 5); Order (Doc. 6.) The Court gave Bessent until February 14, 2023, to file an amended complaint. Bessent has failed to file an amended complaint or move for an extension of time to file. Bessent has also failed to file a change of address with the Clerk's office. *See* Mail Returned (Doc. 7.)

When a court dismisses a complaint with leave to amend within a specified time, that order "becomes a final judgment if the deadline to amend expires without plaintiff amending its complaint or seeking an extension of time." *Auto Alignment & Body Serv., Inc. v. State Farm Mut. Ins. Co.*, 953 F.3d 707, 719 (11th Cir. 2020). Upon expiration of the deadline, "'the district court loses all its prejudgment powers to grant any more extensions' of time to amend the complaint." *Id.* at 720. Thus, "the only recourse for a plaintiff" is "to appeal," to "move to alter or amend the judgment," or to "move for relief from the final judgment." *Id.* Of course, a plaintiff may also refile the action if the dismissal was without prejudice and is not otherwise barred by the statute of limitations.

Thus, because the court lost jurisdiction over this action when Bessent failed to file an amended complaint by February 14, 2023, this action is dismissed without prejudice.

Accordingly, the following is **ORDERED:**

1. This action is **DISMISSED WITHOUT PREJUDICE**.

2. The Clerk is directed to terminate any pending motions or deadlines, enter judgment in favor of the Defendants, and close this case.

**ORDERED** in Tampa, Florida, on February 15, 2023.

Kathryn Kimball Mizelle
United States District Judge